UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGIN MOBILE USA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-06-2444 |
| | § | |
| WORLD MMP INC; dba UNICOMM WIRELESS, *et al*, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ON MOTION FOR RECONSIDERATION

Pending before the court is Defendants Muhammed "Mubi" Mubashir, Abdul Wahab Moosa, and MMP Inc.'s motion for reconsideration (Doc. 32) of the court's order of contempt (Doc. 29). The court has reviewed Defendants' motion and finds that it raises no new issues. Accordingly, the Court ORDERS that Defendants' motion (Doc. 32) is DENIED.

Signed at Houston, Texas, this 20th day of February, 2007.

Melinda Harmon
United States District Judge